FILED

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON LAMONTE CROSBY,

      Petitioner,

vs.

IVAN CLAY,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)

C 06-6825 MJJ (PR)

**ORDER GRANTING MOTION
FOR CLARIFICATION**

(Docket No. 9)

Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. Respondent has filed an answer, and petitioner filed a traverse. Petitioner also filed a motion for "clarification" of one of the claims in the petition. Good cause appearing, the motion for clarification is GRANTED.

This order terminates Docket No. 9.

IT IS SO ORDERED.

DATED: 1/30/2008

                        MARTIN J. JENKINS
                        United States District Judge

G:\PRO-SE\MJJ\HC.06\crosby.mot.wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JASON LAMONTE CROSBY,

           Plaintiff,

   v.

IVAN CLAY et al,

           Defendant.
_____/

Case Number: CV06-06825 MJJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jason Lamonte Crosby
Folsom State Prison
Prisoner Id V-61019
P.O. Box 950
Folsom, CA 95763

Dated: February 1, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk