Jason Crosby
#V61019
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

In the United States District Court
For the Northern District of California

Jason Lamonte' Crosby,
  Petitioner,
    v.
Ivan Clay et al
  Respondent

No. C 06-06825 RMW

I, Jason Crosby, am contacting your office to inquire into the status of my case in this court. On April 10th of 2008, I received notification of reassignment of my case to the Honorable Judge Ronald M. Whyte. Does this reflect the standing of my case. Is there any further steps I need to follow? Should I take note of a new address with which to contact the courts?

Respectfully,
[signature]
4/13/08

Nelson L. Crosby
Folsom State Prison
#V61019
P.O. Box 950
Folsom, CA 95763

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671





02 1M
0004219402
MAILED FROM ZIP CODE

Office of the Clerk
U.S. District Court
Northern District of CA
450 Golden Gate Ave
San Francisco, CA 94102